**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____ District of Texas _____
(State)

Case number (*if known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | EnCore Permian Development LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | None |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 0 0 _ 7 3 2 3 3 8 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 250 Nicollet Mall<br>Number   Street | 250 Nicollet Mall<br>Number   Street |
| Suite 900 | Suite 900<br>P.O. Box |
| Minneapolis   MN   55401<br>City   State   ZIP Code | 55401   MN   55401<br>City   State   ZIP Code |
| Hennepin<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number   Street |
| | Latitude: 31.725781 Longitude: -104.057731, |
| | 65.5 Miles North East of Van Horn, Texas<br>City   State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | None |

| Debtor | EnCore Permian Development LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>  <u>1</u>  <u>1</u>  <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor     <u>EnCore Permian Development LLC</u>      Case number (*if known*) _____
        Name

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                    MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                    MM / DD / YYYY |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.   Debtor   <u>EnCore Permian Operating, LLC</u>    Relationship   <u>Subsidiary</u><br>        District   <u>Western District of Texas</u>    When   <u>06/14/2024</u><br>                                            MM / DD / YYYY<br>        Case number, if known _____ |
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                      Number      Street<br>                      _____<br>                      City                   State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

Debtor    EnCore Permian Development LLC
          _____          Case number (if known)_____
          Name

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/14/2024
             MM  / DD / YYYY

X _____          Ben Thompson
Signature of authorized representative of debtor          Printed name

Title  Vice President,    CL V Investments USA, LLC, in its capacity as sole
                          manager of EnCore Permian Development LLC

Debtor __EnCore Permian Development LLC_____     Case number *(if known)*_____
                  Name

---

**18. Signature of attorney**

✗ /s/ Charles S. Kelley_____     Date  __06/14/2024__
As Counsel for Castlelake LP, in its capacity as registered investment advisor to CL V          MM  / DD  / YYYY
Investments USA, LLC, in its capacity as sole manager of EnCore Permian Development LLC.

Charles S. Kelley_____
Printed name

Mayer Brown LLP_____
Firm name

700_____Louisiana Street, Suite 3400_____
Number          Street

Houston_____     TX_____   77002_____
City                                              State          ZIP Code

(713) 238-3000_____           CKelley@mayerbrown.com_____
Contact phone                                        Email address

TSB11199580_____       TX_____
Bar number                                           State

---

**WRITTEN CONSENT**

**OF THE SOLE MANAGER OF**

**ENCORE PERMIAN DEVELOPMENT LLC**

June 14, 2024

The undersigned being the sole manager (the "Manager") of Encore Permian Development LLC, a Delaware limited liability company (the "Company"), acting pursuant to Section 18-404 of the Delaware Limited Liability Company Act and the Amended and Restated Limited Liability Company Agreement of the Company, dated as of May 9, 2019, as amended and restated from time to time, does hereby waive notice of a meeting and does hereby consent to, confirm, approve and adopt the following recitals and resolutions as of the date set forth above:

**WHEREAS**, the Manager has engaged in a process to sell certain of the Company's principal assets (collectively, the "Principal Assets") to support the continued operations of the Company;

**WHEREAS**, the Manager has been unsuccessful in procuring a purchaser of the Principal Assets to support the continued operations of the Company;

**WHEREAS**, the Manager has reviewed and considered, among other things, the financial and operational condition of the Company's business as of the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the financial condition of the Company is such that the Company's revenues are insufficient to provide adequate liquidity for the Company's short-term operations;

**WHEREAS**, the Manager has engaged in unsuccessful discussions with the Company's secured lender regarding the Company's liquidity needs and certain transaction proposals regarding the Company's secured indebtedness, including but not limited to, potential modifications to the terms of the Company's secured indebtedness and the potential sale of the Company's Principal Assets in full or partial satisfaction of the Company's secured indebtedness;

**WHEREAS**, given the financial condition of the Company, the Manager has determined it is advisable and in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties for the Company to terminate the its operations, to liquidate its assets, and to file a voluntary petition commencing bankruptcy proceedings (the "Chapter 7 Case") under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas; and

**WHEREAS**, for purposes of this Written Consent, an "Authorized Person" shall mean, individually or collectively, as context may require, the chief executive officer, chief operating officer, president, chief financial officer, executive vice president, senior vice president, vice

president, general counsel, deputy general counsel, treasurer or any other financial officer of the Manager.

**NOW, THEREFORE, BE IT RESOLVED**, that the Manager hereby authorizes the commencement of a Chapter 7 Case by the Company; and be it

**FURTHER RESOLVED**, that each Authorized Person is hereby authorized and directed to commence a Chapter 7 Case on behalf of the Company at the earliest date practicable in the United States Bankruptcy Court for the Western District of Texas, and to take any acts on behalf of the Company that are necessary or proper in conjunction with the Chapter 7 Case; and be it

**FURTHER RESOLVED**, that any and all acts and doings of each Authorized Person on behalf of the Company with respect to any and all of the foregoing, whether heretofore or hereafter taken or done, which were or are intended to be in conformity with the purposes and intent of these resolutions, including, without limitation, the commencement of the Chapter 7 Case and compliance with the related requirements of the Bankruptcy Code, shall be in all respects ratified, approved and confirmed as acts of the Company.

*[Remainder of page intentionally left blank; signature page follows.]*

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

CL V Investments USA, LLC, in its capacity as sole manager of Encore Permian Development LLC

By:     Ben Thompson
Title:    Vice President

Adelaide Johnson Herring
207 Scotia Street
McClellanville, SC 29458

Adele Grimball
Trustee of the Richard Barnwell Grimball Trust
dated June 17, 2002
1 Bishop Gadsen Way, Unit C3
Charleston, SC 29412

Anna Ravenel Barnwell & N. Elliot Barnwell,
Frank L. P Barnwell, & John P. Barnwell
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

Anne J. Bailey
486 Commonwealth Road
Mt Pleasant, SC 29466-8317

Arnold Stanley Kaye, Jr.
254 Chastain Road
Danilesville, GA 30633

AWP 1983 Trust
3310 W. Main Street
Houston, TX 77098

Bank of America, N.A.
P.O. Box 840738
Dallas, TX 75284-0738

Bank of America, N.A.
as Trustee of the Charles R. Meeker Trust
P.O. Box 2546
Fort Worth, TX 76113-2546

Barbara Meta Wheeler Sass
Unknown
(Unclaimed funds to be deposited
into escheat funds accounts)

Barron Hatfield Family LLP
10 Rio Bonito Circle
Roswell, New Mexico 88201

Berkley National Insurance Company
11201 Douglas Avenue
Urbandale, IA 50322

Berkley National Insurance Company
1250 E. Diehl Road, Suite 200
Naperville, IL 60563

Berkley Oil & Gas
Berkley Renewable Energy
2107 CityWest Boulevard, 8th Floor
Houston, TX 77042

Berkley Oil & Gas
Berkley Renewable Energy
P.O. Box 420029
Houston, TX 77242

BHP Billiton Petroleum Properties (N.A.)
Commissioner of the GLO
1360 Post Oak Boulevard, Suite 150
Houston, TX 77056

BHP Billiton Petroleum Properties (N.A.), LP
1360 Post Oak Boulevard, Suite 150
Houston, TX 77056

Boldrick Family Properties LLC
P.O. Box 10648
Midland, TX 79702

BP Energy Company
201 Helios Way
Houston, TX 77079

Callaghan 320 Trust
P.O. Box 470155
Fort Worth, TX 76147

Capstone Strategies LLC
1002 W. Wall Street
Midland, TX 79701

Cargill, Inc.
9320 Excelsior Boulevard, Mail Stop 150
Hopkins, MN 55343

Chad Shirley
6110 Majestic Pines Drive
Kingwood, TX 77345

Charles R. Meeker Trust
c/o Bank of America, N.A., Trustee
P.O. Box 2546
Fort Worth, TX 76113-2546

Charleston Library Society
164 King Street
Charleston, SC 29401

Cheves Mcc Smythe
1 Bishop Gadsden Way, Apt. 103
Charleston, SC 29412

Citizen & Southern Trust Co
Unknown
(Unclaimed funds to be deposited
into escheat funds accounts)

Citizen & Southern Trust Comp
Unknown
(Unclaimed funds to be deposited
into escheat funds accounts)

Citizens & Southern National
Unknown
(Unclaimed funds to be deposited
into escheat funds accounts)

CL V Investments USA, LLC
250 Nicollet Mall, Suite 900
Minneapolis MN 55401

CMC Comanche Co LP
2225 South Danville, Suite 3
Abilene, TX 79605

CMC Palo Pinto Family Holdings
P.O. Box 2650
Albany, TX 76430

CMC Rock House Partners LP
700 N. Saint Marys Street
San Antonio, TX 78205

CMC Sc Beckham Holdings LP
310 Pitch Fork Lane
Canyon, TX 79015

CMC Spring Gap Partners LP
P.O. Box 87
Abilene, TX 79604

CMC Tomaui LP
1118 Berkley Drive
Cleburne, TX 76033-6660

Cocanougher Asset 2 Ltd.
6851 NE Loop 820, Suite 200
North Richland Hills, TX 76180

Commissioner of the General Land Office
c/o  Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

Courtney S. Woodall
233 Ethridge Way
Hartwell, GA 30643

Crestview Resources, LLC
4770 Bryant Irvin Court # Ste 400
Fort Worth, TX 76107

Dan H. Meeker Children's Irrevocable Trust
4770 Bryant Irvin Court # Ste 400
Fort Worth, TX 76107

David Smythe
69 Lenwood Boulevard
Charleston, SC 29407

Dickson Johnston Bedell
Unknown
(Unclaimed funds to be deposited into
 escheat funds accounts)

Douglas H. Sass
26 Gadsden Street
Charleston, SC 29401

EagleClaw Midstream Ventures, LLC
Attention: Contract Administration
500 West Illinois Avenue, Suite 700
Midland, TX 79701

Earmark Enterprises LLC
P.O. Box 53343
Midland, TX 79710-3343

Edward Faust Nicholson
1318 Headquarter Plantation Drive
Johns Island, SC 29455

Edward Faust Nicholson Trust
1318 Headquarter Plantation Drive
Johns Island, SC 29455

Edward Faust Nicholson Trust, Joseph Laurens
Nicholson and Francis Ravenel Nicholson,
Successor Trustees
1318 Headquarters Plantation Drive
Johns Island, SC 29455

Edward N. Johnson, Jr.
108 Currier Street
Charleston, SC 29492

Eleanor Childs
115 Sunrise Lane
Novato, CA 94949

Elisabeth Childs Amerson
121 West Steele Drive
Summerville, SC 29483

Eliza Des Cleveland
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Elizabeth Phillips Hatch
Unknown

(Unclaimed funds to be deposited into
escheat funds accounts)

Ellen Richards
3064 Brook Drive
Decatur, GA 30033

Ellen Virginia Richards
3064 Brook Drive
Decatur, GA 30033

Encore Permian Holdings LP
7804 Bell Mountain Drive
Austin, TX 78730

EnCore Permian Wildcatters LLC
201 W. Wall Street, Suite 205, Midland, TX 79701

Ernest P. Childs
5747 St Angela Drive
North Charleston, SC

Estate of Leonard J. Ravenel
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Estate of Mrs. Arthur H. Phillips
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

ETC Field Services LLC
1700 Pacific, Suite 2900
Dallas, TX 75201

ETC Texas Pipeline, Ltd.
8111 Westchester Drive, Suite 600
Dallas, TX 75225

First National Bank of S.C.
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Fortuna Resources Holdings, LLC
2 Greenway Plaza, Suite 240
Houston TX, 77046

Francis L.P. Barnwell
Rutledge Law Firm
800 C Wappoo Road
Charleston, SC 29407

Francis Ravenel Nicholson
108 W Mountainview Avenue
Greenville, SC 29609-4645

George B. Smythe
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

George P. Bush, Commissioner of the
Texas General Land Office
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

H.L. Hawkins, Jr., Inc.
c/o Lovell and Company
300 Board of Trade Place
New Orleans, LA 70130

Harriott H. Childs
7416 Carroll Ave
Takoma Park, MD 20912

Henry Alan Bedell
Unknown
(Unclaimed funds to be deposited
into escheat funds accounts)

Henry B. Smythe
1 Bishop Gasden Way, Apt 103
Charleston, SC 29412

Henry B. Smythe, Jr.
P.O. Box 999
Charleston, SC 29402-0999

Henry Buist, III
1062 Plantation Lane
Mount Pleasant, SC 29464

Herbert R. Sass, III
413 Hobcaw Drive
Mt Pleasant, SC 29464

Independence Resources LLC
3470 Broadmoor Valley Road
Colorado Springs, CO 80906

J&CS Group LLC
22320 Coyote Cave Trail
Spicewood, TX 78669

Jack L. Mcgowen
711 North Travis Street
Sherman, TX 75090

Jetceo LLC
36 Ridgemoor Drive
St Louis, MO 63105

John C. Phillips
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

John Edward Richards
6130 Millet Way
Norcross, GA 30092

John P. Barnwell
1421 S. Edgewater Drive
Charleston, SC 29407

John Stretcher
3502 Wedgwood Street
Midland, TX 79707-5223

Joseph L. Nicholson, Trustee of the
Nana Mills Trust
1318 Headquarters Plantation Drive
Johns Island, SC 29455

Joseph Laurens Nicholson
8 N Adgers Wharf
Charleston, SC 29401

Joseph Laurens Nicholson
1318 Headquarters Plantation Drive
Johns Island, SC 29455

JWM Minerals, LLC
P.O. Box 470155
Fort Worth, TX 76147

Kenneth F. Smith & Henry B. Smythe, Jr., Trustees
of the Harriot Buist Smythe Testamentary Trust
FBO Cheves McCord Smythe
P.O. Box 999
Charleston, SC 29402

Kirk Covington SP
921 Lauder Drive
Spicewood, TX 78669

KMF Land LLC
1401 Lawrence St Ste 1750
Denver, CO 80202

L. Wood Bedell
6012 St. Andrews Lane
Richmond, VA 23226

L. Wood Bedell, Jr.
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Langdon E. Oppermann
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Laura Lea Elliot
3412 Deer Hollow Run
SW Conyers, GA 30094

Laura Lee Richards Elliott
3412 Deer Hollow Run
SW Conyers, GA 30094

Laurens Chisholm Nicholson
401 Belmont Avenue
Greenville, SC 29601

Lavinia Maybank Grimball
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Marion R. Phillips
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

Mark Wiggins
1008 Oak Hollow Drive
Leander, TX 78641

Mary Jane Barron
10 Rio Bonito Circle
Roswell, NM 88201

Matthew Harlan McGowen
608 Redan Street
Houston, TX 77009

Meeker Investments, Inc.
P.O. Box 6126
Alameda, CA 94501

Mes Land & Minerals LP
P.O. Box 53168
Midland, TX 79710-3168

Monroe Properties Inc
P.O. Box 53168
Midland, TX 79710-3168

Moore Capital Ltd
4813 Belvedere Street, Lot 1
Austin, TX 78731

Nana Hull Nicholson Mills
211 Briton Way
Greenville, SC 29615

Nana Mills Trust
211 Briton Way
Greenville, SC 29615

Nancy B. Fortson
389 Lakeshore Drive
Asheville, NC 28804

Nancy Baird Fortson
143 Merrimon Ave
Asheville, NC 28801

Nathaniel E. Barnwell
701 Arcadian Way
Charleston, SC 29407

Oryx Delaware Oil Transport LLC
Attn: Will Abney, Legal Dept.
4000 N. Big Spring, Suite 500
Midland, TX 79705

PCS Phosphate Company, Inc.
104 South Richmond Road
Wharton, TX 77488

PDC Permian, Inc
1775 Sherman Street, Suite 3000
Denver, CO 80203

PetroLima, LLC
P.O. Box 1113
Midland, TX 79702

Pinnacle TransePecos Midstream Gas, LLC
c/o Pinnacle Midstream, LLC
2100 West Loop South, Suite 210
Houston, TX 77027

Pinnacle TransePecos Midstream Gas, LLC
Pinnacle TransPecos Processing, LLC
c/o Pinnacle Midstream, LLC
2100 West Loop South, Suite 210
Houston, TX 77027

Porosity LP
3409 West County Road 181
Midland, TX 79706

R. B. McGowen, III
711 North Travis Street
Sherman, TX 75090

Regency Field Services LLC
(f/k/a Southern Union Gas Services, Ltd.)
Attn: Contract Administration
301 Commerce Street, #700
Fort Worth, TX 76102

Reginald H. Bedell
3311 Essex Road
Willsboro, NY 12996

Reginald H. Bedell
P.O. Box 485
Elizabethtown, NY 12932

Renee J. Brunson
P.O. Box 2041
Midland, TX 79702

Rio Energy International, Inc.
5718 Westheimer Road, Suite 1806
Houston, TX 77057

Riverport Insurance Company
11201 Douglas Avenue
Urbandale, IA 50322

Riverport Insurance Company
1250 E. Diehl Road, Suite 200
Naperville, IL 60563

Springwood Minerals 6 LP
P.O. Box 3579
Midland, TX 79702

SRO Land & Minerals LP
9575 Katy Freeway, Suite 440
Houston, TX 77024

State of Texas
c/o Dela Minerals, Inc.
Post Office Drawer 2539
Midland, TX 79702-2539

State of Texas
c/o Jack Louis McGowen
711 N. Travis Street
Sherman, TX 75090

State of Texas
c/o R.B. McGowen, III
711 N. Travis Street
Sherman, TX 75090

State of Texas
c/o SRO Land & Minerals, L.P., Monroe Properties,
Inc., and the Lee M. Stratton Living Trust
306 West Wall Avenue, Suite 435
Midland, TX 79701

State of Texas
c/o SRO Land & Minerals, L.P., Monroe Properties,
Inc., and the Lee M. Stratton Living Trust
306 West Wall Avenue, Suite 435
Midland, TX 79701

State of Texas
c/o Moore Capital, LTD
3508 Laurel Ledge Lane
Austin, TX 78731

State of Texas
c/o SRO Land & Minerals, LP
9575 Katy Freeway, Suite 440,
Houston, TX 77024

State of Texas
c/o Monroe Properties, Inc. and Lee M. Stratton
Living Trust, Mary Elizabeth Stratton, Trustee
306 W. Wall Street, Suite 435
Midland, TX 79701

State of Texas 118101
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas 118102
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas 118103
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas 118104
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas 118114
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas 118115
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas M-112404
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas M-112407
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas M-112415
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas M-112438
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

State of Texas MF-118106
c/o Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701

Steinsberger Investments LP
300 Bandit Trail
Colleyville, TX 76034

Steinsberger Investments L.P.
401 Vintage Ct.
Colleyville, TX 76034

Susan Lindsey Mcgowen
1817 Skyline Drive
Sherman, TX 75092

Texas Comptroller of Public Accounts
P.O. Box 13528, Capital Station
Austin, TX 78711-3528

Texas County Exploration Corp
P.O. Box 977
Snyder, TX 79550

Texas General Land Office
ATTN: Energy Resources
Austin, TX 78711-2873

Texas Mutual Workers'
Compensation Insurance
P.O. Box 12058
Austin, TX 78711-2058

The Board of Trustees of the University of
Alabama for itself and the University of

Alabama at Birmingham
1720 2nd Ave, South, AB 1030
Birmingham, AL 35294-0110

The Catalpa Trust
P.O. Box 907
Weatherford, TX 76086

Thomas G. Buist
Unknown
(Unclaimed funds to be deposited into
escheat funds accounts)

University Of Alabama
1720 2nd Avenue South, AB 1030
Birmingham, AL 35294-0110

WaterBridge Stateline LLC
P.O. Box 664043
Dallas, TX 75266-4043

Yellow Top Ranch Inc
P.O. Box 1270
Midland, TX 79702

Yellow Top Ranch, Inc.
P.O. Box 1908
Pecos, TX 79772

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:                                           Case No. 24-_____

EnCore Permian Development LLC

                              Debtor          **Chapter 7**

## LIST OF CREDITORS VERIFICATION

The above named debtor hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

                    EnCore Permian Development LLC, as debtor

                         By: CL V Investments USA, LLC
                         Its:  Sole Manager

                         By: _____
                         Ben Thompson
                         Title:   Vice President
                         Date:   June 14, 2024

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Case No. 24-_____ |
| EnCore Permian Development LLC | |
| Debtor | **Chapter 7** |

**DECLARATION FOR ELECTRONIC FILING OF**
**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

## PART I: DECLARATION OF PETITIONER:

As the individual authorized to act on behalf of the limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

EnCore Permian Development LLC, as debtor

By: CL V Investments USA, LLC
Its: Sole Manager

By: _____Ben Thompson_____
Title:  Vice President
Date:  June 14, 2024

**PART II:  DECLARATION OF ATTORNEY:**

I declare **under penalty of perjury** that: I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court.


/s/ Charles S. Kelley
_____

Charles S. Kelley (TSB11199580)

As Counsel for Castlelake LP, in its capacity as registered investment advisor to CL V Investments USA, LLC, in its capacity as sole manager of EnCore Permian Development LLC.


6/14/2024
_____

Date

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:

EnCore Permian Development LLC

                Debtor

Case No. 24-_____

**Chapter 7**

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name and Last Known Address of Securityholder | Security Class | Percentage |
|---|---|---|
| CL V Investments USA, LLC<br>250 Nicollet Mall, Suite 900<br>Minneapolis MN 55401 | Managing Member | 98.50% |
| EnCore Permian Wildcatters LLC<br>201 W. Wall Street, Suite 205<br>Midland, TX 79701 | Member | 0.75% |
| Steinsberger Investments L.P.<br>401 Vintage Ct.<br>Colleyville, TX 76034 | Member | 0.75% |